UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 29 P 2: 04

US DISTRICT COURT
HARTFORD CT

ROBERT H. MARCH

V.

ERNESTO VELASQUEZ, ET AL.

PRISONER
CASE NO. 3:03CV1018 (AWT) (DFM)

### RULING ON MOTION FOR APPOINTMENT OF COUNSEL

The plaintiff is seeking an appointment of pro bono counsel pursuant to 28 U.S.C. § 1915. For the reasons set forth below, plaintiff's motion is denied.

The Second Circuit has made clear that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel. See Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert. denied, 502 U.S. 996 (1991). In this instance, the plaintiff fails to demonstrate that he is unable to secure counsel on his own. The plaintiff states that he has tried to obtain an attorney. However, he does not give the court the names of the attorneys he contacted, when he contacted the attorneys or why the attorneys declined representation. The plaintiff's undocumented attempts to secure legal assistance in this matter are insufficient to demonstrate that the plaintiff is unable to find counsel on his own.

The possibility that the plaintiff may be able to secure counsel or legal assistance independently precludes appointment of counsel by the court at this time. Accordingly, the plaintiff's Motion for Appointment of Counsel [doc. #8] is DENIED without prejudice. Any renewal of this motion shall include the name and address of each attorney or legal organization contacted, the date on which counsel was contacted and the reasons that representation was declined.

SO ORDERED this 29th day of October, 2003 at Hartford, Connecticut.

Donna F. Martinez
United States Magistrate Judge