FILED

2003 DEC -1 P 2: 57

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT MARCH | : | PRISONER<br>CIVIL NO. 3:03CV1018(AWT)(DFM) |
| V. | : | |
| ERNESTO VELAZQUEZ, ET AL. | : | NOVEMBER 26, 2003 |

**APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendants, in the above-captioned case.

Dated at Hartford, Connecticut, this 26th day of November, 2003.

DEFENDANTS
Ernesto Velazquez, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
E-Mail: terrence.oneill@po.state.ct.us
Federal Bar #ct10835

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of November, 2003:

    Robert March #137886
    Corrigan Correctional Center
    986 Norwich-New London Turnpike
    Uncasville, CT  06382

                                                Terrence M. O'Neill
                                                Assistant Attorney General