United States District Court
District of Connecticut

FEB 2 3 2004

Robert H. March                    :
      vs.                                                    2004 MAR -4  P 4: 38
Ernesto Velazquez ET.AL            :        3:03 CV 1018(AWT)(DFM)

                                   :

                                   :

---

## Motion to Compel Compliance

Plaintiff, Pursuant to the Federal Rules of Civil Procedure the Plaintiff hereby humbly moves the court to the granting of said motion to move the Defendants in the above captioned Docket # to Compel Compliance and the Plaintiff hereby states that on 12/10/03, The Plaintiff sent a copy of Motion for Production of Documents and Defendants have not yet complied.
The PLaintiff also states that a copy of Motion for Production of Documents is being sent again accompanying this foregoing motion.

X  *Robert March*
Corrigan Corr Inst
986 Norwich New London Tpke
Uncasville, CT. 06382

Certification

The Plaintiff hereby certifies that a copy of the foregoing Motion was sent to the Defendants on this 18th day of February 2004 in accordance with the Federal Rules of Civil Procedure.

Terrence M. O'Neill
110 Sherman St
Hartford, CT. 06105

Robert H March
986 Norwich New London Tpke
Uncasville, CT. 06382
Corrigan C.I.

X Robert H March

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Robert March | : | 3:03CV1018 (AWT)(DFM) |
| vs. | : | |
| Ernesto Velazquez ET AL | : | |
| | : | |
| | : | |
| | : | |

## MOTION FOR PRODUCTION OF DOCUMENTS

Plaintiff, Pursuant to Rule 34, Federal Rules of Civil Procedure, requests that the Defendants respond within 30 days by either allowing Plaintiff to inspect and copy or by providing Plaintiff with a copy of the following documents:

1. Any and all policies concerning the "Use of Force", by Correctional Officials at the Bridgeport Correctional Facility in Bridgeport, Ct.
2. Any and all Information and Reports relating to and pertaining to the incident that occured on 5-19-02 in regards to the Plaintiffs Complaint.
3. Any and all statements from Correctional Officers Axxon, Harrington and and Hatton inregards to incident dated 5-19-02.
4. Internal Affairs interview transcription that was done by Captain Raymond Elterich with the Plaintiff.
5. Internal Affairs Investigative Reports and Conclusion Reports that pertain to incident dated 5-19-02.
6. Defendant Ernesto Velazquez's statement to Internal Affairs, any and all incident reports, Disciplinary reports and summary reports done inreference to incident date 5-19-02.
7. Statements from all Correctional Officials and inmates in regards to incident date 5-19-02.

8. Acopy of any Medical Records of Plaintiff's medical treatment relating to incident date 5-19-02 or any record of Medical treatment or Mental Health treatment of Plaintiff from 5-19-02 to present.

9. Any and all policies concerning access to or possession of legal materials.

10. Any and all policies concerning Internal Affairs Investigations of Officials suspected of doing any wrongdoing.

11. Any and all policies that establish the duties and responsibilities of the defendants.

12. Any and all reports that are in relation to incident date 5-19-02 that were done by any and all defendants, any other officials not mentioned within complaint and medical staff.

13. Internal Affairs interviews that were conducted with any Official and or Inmates and Plaintiff.

14. All summary reports and conclusion reports that were submitted to the Commissioner of the Department of Corrections or that were submitted to the Director of Security Vincent Santopietro.

15. Any and all relative paperwork relating to incident dated 5-19-02 not mentioned within.

X *[signature: Robert Mauk]*

986 Norwich N.L. TPKE
Uncasville, CT - 06382
Corrigan C.I.

I attest and certify that a copy of the foregoing Motion was sent to the people mentioned below under penalty of law on this **18th** day of **February** 2004.

*[Signature: Robert March]*

After hearing or reading the foregoing motion, it is hereby ordered:

**GRANTED/DENIED**

By: _____

TERRENCE O'NEILL AAG
110 Sherman ST.
Hartford, CT. 06106

U.S.D.C.
915 Lafayette BLVD
BPT. CT. 06604

X *[Signature]*
Robert H March