United States District Court
District of Connecticut

MAR 01 2004

FILED
2004 MAR 12 P 4: 28
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Robert March       :

V.

Ernesto Velazquez ET. AL       :

: 2/23/04

: Docket No:3:03CV1018(AWT)(DFM)

**MOTION FOR APPOINTMENT OF COUNSEL**

The Plaintiff is humbly motioning this Honorable court for an appointment of counsel pursuant to 28 U.S.C. 1915 for the reasons set forth below:

1. The Plaintiff is proceeding with complaint In Forma Pauperis,
2. The 2nd. circuit has made it clear that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel see exhibits A,B,C which are accompanying motion,
3. Plaintiff needs assistance with investigating "the crucial facts", obtaining witness statements as some witnesses are employed by the D.O.C.,
4. To assist in the preparation of trial,
5. Plaintiff will present evidence that will probably be conflicted by defendants,

6. The 2nd. circuit district court has also held that it is an abuse of discretion to deny appointment of counsel simply because an inmates suit has not yet withstood a Motion to Dismiss or a Motion for Summary Judgement.
see Hendricks v. Coughlin 114 F.3d 390,392-93 (2nd cir.1997)

7. Plaintiff access are severely limited to certain paperwork, whereas defendants and defendants counsel has unlimited access, knowledge, movement, and when it comes to being well versed in the Federal Rules of Civil Procedure

8. Plaintiff has tried and failed to hire or obtain attorney on his own, see McDonald v. Head Criminal Court Criminal Supervisor 850 F2.d 121,124(2nd. cir. 1988)

9. Plaintiff filed a motion for Appointment of Counsel on 9/26/03 and on 10/29/03 the motion was denied without prejudice and plaintiff was directed that "Any renewal of this motion shall include the name and addresses of each attorney or legal organization contacted, the date on which counsel was contacted and the reasons that representation was declined",

## CERTIFICATION

I hereby certify that a copy of the foregoing motion was mailed to the following on this 23rd day of February, 2004.

x _[signature: Robert March]_

ROBERT MARCH #137886

986 NORWICH N.L. TPKE.

UNCASVILLE, CT. 06382

CORRIGAN CORR. INST.


TERRENCE M. O'NEILL

A.A.G.

110 SHERMAN ST.

HARTFORD, CT.06105


U.S.D.C.

915 LAFAYETTE BLVD.

BPT, CONN. 06604

x _[signature: Robert March]_
Robert MARCH #137886

Exhibit "A"

# WILLIAMS and PATTIS, LLC

JOHN R. WILLIAMS
NORMAN A. PATTIS
KATRENA ENGSTROM
DAWNE WESTBROOK
DAVID G. TORO
ROBERT J. ROMANO

51 ELM STREET, SUITE 409
NEW HAVEN, CONNECTICUT 06510

(203) 562-9931
FACSIMILE (203) 776-9494
FACSIMILE (203) 401-4277
E-MAIL: jrw@johnrwilliams.com

June 10, 2002

Mr. Robert March
Inmate No. 137886
Bridgeport Correctional Center
1106 North Avenue
Bridgeport, CT 06604

**Privileged Correspondence**

Dear Mr. March:

    Thank you for your June 1, 2002 letter. It sounds as though you are a victim of unreasonable force.

    A recent change in federal law requires you to file an administrative grievance regarding any potential claim you seek to litigate in federal court. You tell me that on May 19, 2002, you were assaulted by Ernesto Velazquez. It is imperative that you file a written grievance against Mr. Velazquez as soon as possible. The failure to do that could well result in your being unable to raise a claim in federal court.

    I am not sure whether our office would be able to represent you or not. Unfortunately, I am unable to take a case of this character on what is called a contingency basis. In order for our firm to file a writ on your behalf, you will first have to show us that you had exhausted your administrative remedies, and that you are able to pay a retainer in the amount of $5,000.00. That sum would be applicable to any recovery by way of judgment or settlement as a credit.

    I realize that this sum may place me beyond your reach. However, I am unable to take any civil rights cases at this point without the retainer paid prior to our filing suit.

June 10, 2002
Page Two


I wish you the very best of luck, and I hope to hear from you.

                                                 Sincerely,

                                               NORMAN A. PATTIS

NAP:paa

Exhibit "B"

LAW OFFICES
# DOMINICK F. BURKE
1432 POST ROAD
FAIRFIELD, CONNECTICUT 06430

DOMINICK F. BURKE
WILLIAM M. BURKE

(203) 259-5289
FAX (203) 259-7578

June 11, 2002

Mr. Robert March
Inmate #: 137886
Bridgeport CCI
P.O. Box 6490
Bridgeport, CT 06606

Re:   Our File #:   10,609

Dear ~~Mr. McKeon~~ MR. MARCH:

Thank you for bringing this matter to our attention. However, I am afraid that we do not have the resources necessary to devote to this matter and will not be able to help you on it.

Please feel free to consult with another attorney. In fact, please find the section of the yellow pages listing attorneys who do civil rights cases enclosed.

Please be advised that your claim(s), like all claims is subject to a statute of limitations. After that statute date runs, your claim may be barred by the passage of time. Therefore, **if you wish to consult with another lawyer you should do so as soon as possible.**

Because part of your potential case involves a claim against the State, you may wish to notice the Claims Commissioner. **Such notices are required to bring certain lawsuits against the State.** The filing of such a notice is not a lawsuit, merely something you must do before a lawsuit can be filed. I enclose an outline of such a notice. (This notice is incomplete because I do not have all the particulars.) There are time limits on these notices. Also there is a filing fee. Finally, it is a good idea to send these via certified mail and to keep a copy for yourself.

While we cannot help you on this matter, we would be very happy to meet with you in the future should you have a need for legal services in any other matter. Thank-you.

Very truly yours,

William M. Burke

Exhibit "C"

Telephone 203 333-1177
Telecopier 203 384-9832

Law Offices

# Weinstein, Weiner, Ignal, Napolitano & Shapiro, P.C.

350 Fairfield Avenue          P.O. Box 9177          Bridgeport, Connecticut 06601

Howard Evan Ignal
Gerald T. Weiner
Burton M. Weinstein
Roberta Napolitano
Richard J. Shapiro
Judith A. Mauzaka

July 3, 2002

Robert March #137886
1106 North Avenue
Bridgeport, Ct 06604

Dear Mr. March:

Your letter indicates that you may have a good case as far as liability is concerned but we have no way of knowing how much it would be worth. If you have only suffered soft tissue injury which will repair itself completely in a short period of time, the potential recovery would not be great enough to justify bringing suit.

Has any disciplinary action been taken against the CO. If so, that might help for settlement purposes.

Once you have a final medical diagnosis and determination of permanency, if any, let me know and we can discuss the matter further.

Very truly yours,

Burton M. Weinstein
BMW/nch