United States District Court
District of Connecticut

MAR 19 2004
United States District Court
District of Connecticut
FILED AT BRIDGEPORT
Kevin F. Rowe, Clerk
Deputy Clerk

Robert March          :   Civil No. 3:03 CV1018(AWT)(DFM)

    v.          :

Ernesto VelazQuez et.al.:

              :   February 18th, 2004


## Motion for Settlement Conference

Plaintiff in the above Captioned matter humbly requests the court in the granting of said foregoing motion for the following reasons:

    1. The foregoing motion is within 90 days of the date on which the appearance was filed,

    2. The benefits for the granting of said foregoing motion are as

follows;

    A. Would save the court an enormous amount of time,

    b. The result from a trial will be in favor of the plaintiff based on the evidences the Plaintiff will present,

    c. Defendant ERNESTO VelazQuez has been deemed the aggressor by the Internal Affairs Division within the D.O.C. after conducting interviews with staff and inmates, (see Exhibit "A", PG 6) underlined

    d. Would save the Defendants time as well as the Plaintiffs and the Plaintiffs case is factual and with merit,

3. The use of force applied upon the Plaintiff was in clear violation of the 8th Amendment and repugnant to the conscience of mankind therefore establishing a favorable award for damages if case went to trial;

4. Generally, A jury trial may be demanded in writing up to 10 days after service of the defendants answer, but Plaintiff is willing in Good faith effort to have a settlement conference;

5. Plaintiff has written Defendants attorney previously requesting a Phone Conference stating that Correctional Counselor had no problem with the helping of arranging such.

X *Robert Mank*

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 18th day of February, 2004:

TERRENCE M' O'Neill
Assistant Attorney General
110 Sherman ST.
Hartford, CT. 06105

Court Clerk Mary Larson
U.S.D.C.
915 Lafayette BlVD
BPT. Conn. 06604

X [signature]
986 Norwich New London TPKE.
Uncasville, CT - 06382
Corrigan Corr. Inst

-4-