Exhibit A.

# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
24 WOLCOTT HILL ROAD
WETHERSFIELD, CONNECTICUT 06109

To: Vincent Santopietro
    Director of Security

From: Raymond Elterich
      Captain

Date: June 14, 2002

Re: II 02-56

---

On 5/22/02 Commissioner Armstrong requested the Security Division investigate an incident which occurred at Bridgeport Correctional Center on 5/19/02. A physical altercation occurred between Officer Ernesto Velazquez, and inmate March, Robert #137886. This incident occurred at 8:10 p.m. in Memorial 2, which is a dorm operated housing unit. In initial reports that were generated a verbal confrontation between both parties led to a physical altercation. A code orange (officer needs assistance) was announced, and staff had to intercede to separate both individuals. Officer Velazquez was escorted to Saint Vincent's Hospital

. Inmate March received medical treatment in the New Center Hospital. He reported that he experienced pain in his neck area. In an Incident Report that was completed by Officer Velazquez he states that inmate March attempted to assault him on the above-mentioned date. He expressed in his report that inmate March attempted to punch him, and he felt threatened. Inmate March then invaded his personal area, and he responded by bringing inmate March to the floor. Inmate March was issued a disciplinary report for disobeying a direct order. He was then housed in the Restrictive Housing Unit pending further investigation. The Connecticut State Police were notified, and Officer Velazquez declined to press outside charges.

On 5/31/02 inmate March, was interviewed by this investigator in regards to this incident. Lieutenant Rudolph Bederman of the Bridgeport Correctional Center was also present. Inmate March has been incarcerated at the Bridgeport Correctional Center since 1/28/02. In his statement inmate March reports that he got into a verbal confrontation with Officer Ernesto Velazquez in regards to a disciplinary report for disobeying a direct order to return to his bunk and swearing at Officer Velazquez. Inmate March stated that it is his belief that he pushed Officer Velazquez over the

PG 1

edge. In the course of the argument inmate March claims he called Officer Velazquez an (insecto). March stated that an insecto is the most insulting name to be called in Spanish. It translates to a child molester, a rapist, a grandmother rapist, etc. At this point Officer Velazquez became angry, and got up from his chair. He then approached inmate March in an aggressive manner. Inmate March then started to back away from Officer Velazquez, and placed his hands up. Inmate March then turned around, and bent down to protect himself. As inmate March was doing this Officer Velazquez grabbed him around the neck with his arm. Inmate March could not recall if it was his right or left arm. Inmate March reported that he told Officer Velazquez that he would not touch him, and extended his arms behind him. It was at this point that they both fell to the floor. Officer Velazquez held inmate March on the floor until staff arrived. Officer Velazquez was positioned with one knee in the upright position, and the other knee was on the floor. Inmate March continued that he then informed Officer Velazquez to get off of his neck since he has a prior injury to that area. At this time Officer Axson physically pulled Officer Velazquez off of him. Another officer, who inmate March could not identify, assisted March to stand-up. Inmate March was then escorted to the Memorial Chow Hall. From there he was escorted to the women's detention holding area, and then to the New Center Hospital.

Inmate March stated he was checked by medical for neck pain but did not sustain any injuries. (Verified by medical incident report dated 5/19/02.) Inmate March concluded with that he did not wish to press outside charges against Officer Velazquez.

On 6/2/02 _____ was interviewed regarding this incident.

[Accurate Statement] _____ stated that he questioned inmate March as to why he was packing his property. Inmate March informed him that Officer Velazquez was removing him from the unit. _____ then advised him to have Officer J. Axson call Lt. Samuel, because Officer Velazquez had an attitude. They then approached the officer's station where Officer Velazquez was seated. Inmate March and Officer Velazquez then engaged in a verbal confrontation with each other. _____ continued that in the course of this conversation Officer Velazquez jumped up from his chair, and rushed toward inmate March. Officer Velazquez then put his right forearm against the neck of inmate March, and pushed him. Officer Velazquez then pushed inmate March to the floor, and would not release his hold. _____ concluded that Officer Axson, and Officer _____ Hatton had to physically pull Officer Velazquez away from inmate March. (CALL AS WITNESS)

On 6/2/02 _____ was interviewed in regards to this incident.

_____ stated that he saw inmate March walking toward the officers, desk. Inmate March questioned Officer Velazquez as to the reason why he was being moved. They both then engaged in a

verbal confrontation with each other. Officer Velazquez suddenly got up from his chair, and grabbed inmate March by the throat with his left hand. (Inmate March denied this took place.) Officer Velazquez quickly let go of his throat, and pushed inmate March with his forearm around the neck toward the bathroom. Inmate March then fell to the floor along with Co Velazquez. Officer Hatton pulled Officer Velazquez away from inmate March.

On 6/3/02                                            was questioned as to his knowledge of this incident.

*[handwritten margin note: Accurate Statement]*

stated that he was standing close to the officers station waiting for a pass to the medical department. At the time inmate March approached the desk, and questioned Officer Velazquez to the reason why he was being removed from the unit. Inmate March and Officer Velazquez then both engaged in a verbal altercation. Officer Velazquez then jumped up from his chair, and went after inmate March. Inmate March put his hands in the air, and was backing away from Officer Velazquez. Officer Velazquez continued toward inmate March, and put his left forearm around his neck. Officer Hatton then responded, and physically pulled Officer Velazquez away from inmate March.

*[handwritten margin note: inmate? call as witness]*

On 6/3/02                                            was interviewed as an inmate witness to this incident.

r stated that he was sitting near the officer's station watching a basketball game. He then saw inmate March approach the desk where Officer Velazquez was seated.          stated that he could not hear any of the conversation due to the volume of the television. As he happened to look up he saw Officer Velazquez running toward inmate March. Officer Velazquez had one hand in the air, and he quickly placed it back toward his hip. During this time inmate March was curled up to protect himself with his hands on his head. At this point they both fell to the floor. Officer Hatton then pulled both of them away from each other.

On 06/03/2002                                        was interviewed regarding this incident. Lt. R. Bederman was also present.          has been employed by the Department of Correction for the past four years, and five months. He has been assigned to the Bridgeport Correctional Center since October of 2001.

*[handwritten margin note: Officer Hatton]*

On the above-mentioned date                          was conducting a tour of Memorial 2. In the course of this tour he witnessed Officer Velazquez, and inmate March on the floor.          stated that he did not see the initial incident, because it happened so fast he just reacted. Officer Velazquez was on the top of inmate March at this point of the altercation. (meaning using his hands

to hold the inmate down) _____ pulled Officer Velazquez away from inmate March. This was accomplished without resistance from Officer Velazquez. Inmate March at this time was on his back face up, with his hands in front of his face. At that point he escorted Officer Velazquez from the area. The inmate population, who gathered around the area were ordered back to their assigned bunks without incident. _____ stated that he was not aware of what transpired between inmate March, and Officer Velazquez that caused this altercation. He added that his only involvement was to physically separate Officer Velazquez away from inmate March. _____ concluded that at no time did he discuss this incident with Officer Velazquez.

On 6/3/02 _____ was interviewed regarding this incident. Lt. R. Bederman was present. _____ has been employed by the Department of Correction since January of 2002.

_____ was at the officer's station when this incident transpired. He reported that Officer Velazquez was instructing inmate March to pack his belongings, because he was being moved from the unit. Inmate March replied that he was not going anywhere until he spoke to a Lieutenant. Officer Velazquez once again instructed him to pack his belongings. Inmate March again replied that he wants to speak to a Lieutenant. At this time Officer Velazquez jumped up from his chair, and swung his right arm toward inmate March. _____ could not state for certain if this punch struck inmate March. Officer Velazquez then appeared to grab inmate March around his waist. They both fell to the floor, with Officer Velazquez on top of inmate March. _____ called a code orange, meaning officer needs assistance. _____ stated that the incident was stopped immediately by himself and Officer Axson. _____ claims he does not know what started this incident. Officer Axson then escorted inmate March from the unit into the Memorial dinning hall. [OFFICER Harring]

On 6/13/02 _____ was interviewed regarding this incident. _____ has be employed by the Department of Correction for the past year and a half.

_____ claims that at approximately 8:10 PM he was standing at the officer desk in the Memorial Unit. Inmate March was standing to the left of the desk in the area of the inmate telephones. Inmate March requested to speak with Lt. Samuel. Officer Velazquez at the time was sitting at the desk exchanging words with inmate March. Officer Velazquez, told inmate March he was being transferred from the unit because he was being issued a disciplinary report. [OFFICER Axson]

_____ states he picked up the phone to notify Lt. Samuel of inmate March request. As he completed dialing the call he looked up and observed officer Velazquez and inmate March on the floor near the bathroom fighting. Both officer Velazquez and

inmate March were obviously upset prior to this incident. At this time officer Hatton grabbed officer Velazquez and assisted inmate March from the floor. Inmate March was escorted from the unit. _____ had immediately called a code orange, however the incident was over prior to staff arrival.

On 6/10/02 Correction Officer _____, Velazquez was interviewed in regards to this incident. Lt Bederman was also present.

Officer Velazquez states that on Sunday 5/19/02 he worked the 4-12 PM shift. Officer Velazquez instructed inmate March to pack his belongings for a transfer authorized by Lt. Samuel. The transfer was a result of a disciplinary report generated by Officer Velazquez. Velazquez claims that when he asked inmate March to pack up March stated 'F**k you'. Officer Velazquez walked away and notified Lt. Samuel as to what inmate March had stated. Lt Samuel instructed Officer Velazquez to call the booking room and obtain a cell location for inmate March so he could be transferred from the block. Approximately fifteen minutes later CO Velazquez states he again went to inmate March and told him to pack his stuff because he was being transferred from the unit. Velazquez then returned to his desk and started to write a disciplinary report on inmate March. Officer Velazquez claims as he sat at the desk inmate March approached the desk and stated he was not leaving the unit until he spoke to a Lieutenant. Out of the left side of his eye Officer Velazquez observed inmate March lung at him with both hands up. March did this with a quick move. March according to Velazquez was approximately an arms length away from him. Officer Velazquez states he immediately stood up and pushed inmate March away from his personal space. Inmate March moved back. Officer Velazquez states he approached inmate March and grabbed him. Velazquez does not recall where he grabbed inmate March but in doing so he brought inmate March to the floor. Velazquez then held inmate March on the floor. Inmate March did not resist so Velazquez claims he let him go as staff arrived to render assistance.

[handwritten annotation in left margin: "LIE"]

As part of this interview several direct questions to Officer Velazquez were asked and answered.

Question: _____ states you were fighting and you were holding inmate March down. He claims he pulled you off?

Answer: I don't recall. _____ took over the scene and told me to leave the area.

Question: How do you explain the statements from four inmate witnesses and three Correction Officers that indicate you were the aggressor in this incident. No one stated that inmate March made an aggressive move towards you?

Answer: No one knows how frightened and threatened I felt at that moment. Apparently they did not see inmate March's aggressive move towards me.

Conclusion:

A review of the facilities response to the Code Orange appears to have been handled appropriately.

Ref "C" of Motion

There are various versions as to what actually precipitated the incident between Officer Velazques and inmate March. However staff and inmate interviews indicate that Correction Officer Velazquez was the aggressor in this incident. All state that there was a verbal confrontation between officer Velazquez and inmate March which accelerated into a physical confrontation.

At issue is officer Velazquez's signed statement in which he states `I pushed inmate March away from my personal space. (I did this as I stood up.) Inmate March moved back I approached the inmate and grabbed him I don't recall where I grabbed him but I brought the inmate to the ground.'

It is this, investigators finding that at the time Officer Velazquez cleared his personal space and inmate March moved back officer Velazquez should have backed off and let staff in the area resolve the issue.

# Medical Incident Report
## Connecticut Department of Correction

CN 6602
Rev 4/4/02

**Facility:** BPHCC
**Report Date:** 5/19/02
**Time:** ☐ a.m. ☐ p.m.
**Name of patient:** March, Robert
**Inmate no. (if applicable):** 137886
**Medical Staff Name:** Ana Marie Deeb
**Incident Report submitted:** ☒ Yes  ☐ No
**Report No:** 02-0384
**Date:** 5/19/02

**Treatment location:** New Center Hospital at Memorial 2

**Injury description (must be completed if no other report):** IM March involved in code orange — c/o of Neck pain — skin intact Ø bruising Ø swelling.

**Diagnosis:** Alt. comfort

**Treatment administered:** Tylenol ii tabs P.O.

**Required follow-up:** Remain in infirmary until evaluation by MD in the morning.

**Placement after treatment:** infirmary cell #1

**Observations/remarks:**

**Patient signature:** Robert March  **Date:** 5/19/02
**Medical staff signature:** [signature]  **Date:** 5/19/02
**Custody supervisor signature:** [signature]  **Date:** 5/19/02

# Incident Report – Page
## Connecticut Department of Correction

CN 6601/1
Rev 4/4/02

Facility/CEO: Bridgeport CC
Incident location: Mem-2
Report no.: 020384

Incident class: ☐ 1 ☒ 2 ☐ 3
Type: E
Date: 5/19/02
Time: 9:20 ☐ a.m. ☒ p.m.

Prepared by: Velazquez
Title: Correction Officer

| Inmate name (last & first) | Hsg Unit | Race | ID no. | Status | Staff name (first & last) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|
| MARCH Robert | U251 | W | 137886 | S | Velazquez | H | C/O | V |
| | | | | | Hatton | Blk | C/O | E.W |
| | | | | | Axson | Blk | C/O | EW |
| | | | | | Harrington | Blk | C/O | EW |

Status code: V = victim, S = suspect, E = escape, R = first employee responder, W = inmate witness, EW = employee witness
Race code: W = white, B = black, H = Hispanic, N = native American, O = Other

Narrative: On May 19, 02 at 8:05 p.m. I Correction Officer Velazquez was writing a Disciplinary report for I/m MARCH Robert. I/m MARCH was informed that per LT Samuel he was being moved to N.C blocks. I/m MARCH stated that he would not leave until he spoke with L.T. While contacting L.T., I/m MARCH attempted to assault, punch me, and I felt threatened. I/m MARCH invaded my personal space, and I responded by bringing I/m Down to the ground.

Reporting employee signature: [signature]
Title: C/O

Report date: 5/19/02
Report time: 9:20 ☐ a.m. ☒ p.m.
Type: ☒ Individual ☐ Summary

### FOLLOW-UP

Property damage: /
Value $: N/A

Contraband recovered: N/A

Physical force: /
Chemical Agents: N/A
Restraints: N/A

Assigned to:
☐ Protective Custody
☐ Medical
☐ Administrative detention
☐ Outside hospital:
☐ 15-minute watch
☐ Other:

Case 3:03-cv-01018-AWT   Document 17-2   Filed 05/07/2004   Page 9 of 10

INCIDENT REPORT – Page 2
Connecticut Department of Correction
CN 6601/2
Rev 4/4/02
020384



## CONTACTS

| | | | |
|---|---|---|---|
| Unit Administrator    Major Rubbo | Date  5-19-02 | Time  9:15 | ☐ a.m.  x p.m. |
| Lead Warden | Date | Time  : | ☐ a.m. ☐ p.m. |
| Central Office | Date | Time  : | ☐ a.m. ☐ p.m. |
| Outside agency | Date | Time  : | ☐ a.m. ☐ p.m. |
| Police/ Fire         x | Date  5-19-02 | Time  9:30 | ☐ a.m.    p.m. |
| Public Inf. Officer | Date | Time  : | ☐ a.m. ☐ p.m. |
| C.I.S.R.T. | Date | Time  : | ☐ a.m. ☐ p.m. |
| (Critical Incident Stress Response Team) | | | |

## OTHER ATTACHED REPORTS

Use of force                          xMedical incident
   Disciplinary                       ☐ Other (specify)  See Table of Contents

## CRIMINAL PROSECUTION

| If a staff member was assaulted during the incident, is criminal prosecution requested? | ☐ Yes  x No | CT State Police investigation no. n/a |
|---|---|---|

Shift Supervisor review:    At approximately 8:10 pm this writer was no0tified by radio of a code Orange in progress in Memorial unit-2. At the Same time I observed officer C.Hatton escort an inmate out of the unit into the area of the chow hall. Upon entering the unit I observed several officers attempting to get the unit in order by getting the population on their beds. Officer Velasquez was also being escorted out of the unit I approached officer the area of the officer desk and inquired as to the nature of the altercation with inmate March and Officer Velasquez. I was informed by Officer Axson that inmate March Robert # 137886 had asked to see me when he was told he had to pack up and he (c/o Axson ) was at the officers desk attempting to call this writer when the incident occurred..Inmate March was escorted out of the unit and placed in 38-block barber shop to await assesment by then new center medical unit,Officer Velasquez was escorted directly to the medical unit for evaluation.When questioned Officer Velasquez stated that he and inmate March got into a

| Signature  [signed] | Title  LT | Date  5/20/02 |
|---|---|---|

Unit Administrator Review:

| Signature | Title | Date |
|---|---|---|

Central Office review:



# Incident Report – Supplemental Page 2 of 2
## Connecticut Department of Correction

CN 6601/3
REV 4/4/02

| Facility/CEO Bridgeport CCC | Incident location Memorial 2 | Report no. |
|---|---|---|
| Incident class ☐ 1  x 2  ☐ 3  Type E | Date 5/19/02 | Time 8:10 ☐ a.m. X p.m. |
| Prepared by Samuel | Title Lieutenant | |

**Additional narrative:** verbal confrontation which escalated into a physical altercation. Officer Velasquez stated that he felt threatened by Inmate March's gestures towards him. Inmate March was questioned and he stated that he and Velasquez did get into a verbal confrontation. He admitted to stating to Officer Velasquez "are you a real cop or a fake cop, I know that you are writing me a ticket for disobeying a direct order, but I did not disobey your order I went to my bunk as you asked." At this point Officer Velasquez became angry, got up from his seat and approached Inmate March in an aggressive manner. Inmate March further stated that at that point put his hands up and began to back away. He states that Officer Velasquez continued to approach him until he was backed up against the wall by the bathroom. At this point the other officers in the unit intervened. There were no physical injuries noted on either party involved, although Officer Velasquez was seen by New Center Medical Dept. He was referred to St. Vincent's Emergency Room

Inmate March complained of neck pain and was housed in the New Center Inpatient area for observation. Inmate March was also placed on AD pending investigation. Connecticut State Police were notified but Officer Velasquez chose not to press outside charges, but rather allow the institution to handle incident appropriately. Random interviews were conducted by inmates in Memorial Two

Reporting employee signature _____  Title ___

Report date 5/20/02  Report time ____ X a.m. ☐ p.m.  Type ☐ Individual ☒ Summary