United States District Court
District of Connecticut

Robert March

vs.

Ernesto Velazquez, ET. AL.

Prisoner
Docket No. 3:03CV1018(AWT)(DFM)

FILED
2004 OCT 22
U.S. DISTRICT COURT

Date: 10-12-04

## Notice of Second Motion for Settlement Conference

The Plaintiff, Pro-se, hereby gives Notice to this Honorable U.S.D.C., of filing his second notice for A Settlement Conference. In support hereof, the Plaintiff states the following:

1. That he filed said Motion "unsigned" dated February 18, 2004 and then remailed A "signed" copy of said motion Dated April 14, 2004 after it was sent back to Plaintiff under "Order Returning Submission" by Honorable Fitzsimmons.

-1-

2. To date, the Respondent-Defendant, has failed And/or Refused to Respond to the Plaintiff's Requests at resolving Pending matter.

Wherefore, the Plaintiff respectfully requests this Honorable U.S.D.C. to order the Respondent-Defendant to respond forthwith

Respectfully submitted
By: *Robert March* 10/12/04
Robert March Pro/se
Corrigan Corr. Inst
986 Norwich N.L. TPKE
Uncasville, Ct. 06382

2