**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
ROBERT MARCH,                  :
                               :
        Plaintiff,             :
                               :
v.                             :    Civ No. 3:03CV01018(AWT)
                               :
ERNESTO VELASQUEZ, et al.,     :
                               :
        Defendants.            :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

- \_\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

- \_\_\_\_\_ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

- \_\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

- \_\_\_\_\_ A ruling on the following motion(s), which is/are currently pending:(orefm.)
  - Doc.# \_\_ _____

- **X** A settlement conference, which may be held telephonically.

- \_\_\_\_\_ A conference to discuss the following: (orefmisc./cnf) _____

- \_\_\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this 16th day of November, 2004, at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge