UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT MARCH,

    Plaintiff,

v().

ERNESTO VELASQUEZ, ET AL.,

    Defendants.

PRISONER
CASE NO. 3:03CV1018(AWT)

FILED
2004 DEC 10 P 12: 24
U.S. DISTRICT COURT
HARTFORD, CT.

## CALENDAR AND SETTLEMENT CONFERENCE ORDER

This case has been referred to the undersigned for a settlement conference. Docs. ##19-20. This case is scheduled for a telephonic settlement conference with the undersigned on March 3, 2005 at 2:30 p.m. Attorney O'Neill, counsel for the defendants, shall coordinate the conference call with the plaintiff and initiate the call to chambers at (860) 240-3605. All parties are to be present on the call to chambers.

I. <u>EXCHANGE OF OFFERS AND DEMANDS</u>. Settlement conferences are often unproductive unless the parties have exchanged offers and demands before the conference and made a serious effort to settle the case on their own. Therefore, **not less than 14 days before the conference**, the plaintiff shall serve a settlement demand upon counsel for the defendant. The demand shall be accompanied by the plaintiff's analysis of damages.

II. <u>CONFERENCE MEMORANDA</u>. Not later than 5 working days prior to the conference call, the parties shall submit to chambers of the undersigned an <u>ex parte</u>, confidential conference memorandum. The

memorandum shall be double spaced and shall not exceed 5 pages. It shall include the following: (A) a list of the claims and defenses; (B) the evidence in support of the claims and defenses; (C) a damages analysis; (D) a discussion of the strengths and weaknesses of the case; (E) the status of the case, including the discovery remaining and substantive motions filed or contemplated; and (F) settlement negotiations to date. The plaintiff shall attach a copy of the complaint to the plaintiff's ex parte memorandum.

III. REQUESTS PERTAINING TO THE CONFERENCE. Any requests pertaining to the conference shall be made to the chambers of the undersigned in writing, or by telephone confirmed in writing, no later than 10 days from the date of this order. Any party requesting continuances, which will be considered only for good cause shown, shall consult with the opposing side before making the request and, in the event of a continuance, shall notify all parties of the new date and time.

SO ORDERED this 10th day of December, 2004 at Hartford, Connecticut.

Donna F. Martinez
United States Magistrate Judge