UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT H. MARCH

    v.                                      Case Number: 3:03CV1018 (AWT)

ERNESTO VELASQUEZ, CO, I/O,
JOHN TARASCIO, Warden, I/O,
SMITH, Lt., I/O,
BAILEY, Lt., I/O

NOTICE TO COUNSEL
---------------------

The above-entitled case was reported to the Court on <u>May 24, 2005</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on June 23, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, May 24, 2005.

                                      KEVIN F. ROWE, CLERK

                                      By:   /s/
                                            Robert Wood
                                          Deputy Clerk