UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ROBERT MARCH | : | PRISONER<br>CIVIL NO. 3:03CV1018 (AWT)(DFM) |
| v. | : | |
| ERNESTO VELASQUEZ, ET AL. | : | MAY 24, 2005 |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ. P. 41(a)(1), the parties hereby stipulate to the dismissal of this action with prejudice and without an award of costs to either party.

THE DEFENDANTS:
Ernesto Velasquez, et al.



Terrence M. O'Neill
Assistant Attorney General
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105
Fed. Bar #ct10835
Tel. (860) 808-5450

Date: 6-6-05

THE PLAINTIFF:
Robert March



Robert March, No. 137886
Corrigan Correctional Institution
986 Norwich-New London Turnpike
Uncasville, CT 06382

Date: 5-25-05

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of June, 2005:

Robert March, No. 137886
Corrigan Correctional Institution
986 Norwich-New London Turnpike
Uncasville, CT  06382

Terrence M. O'Neill
Assistant Attorney General